**Order entered February 6, 2020**



**In the**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01319-CR**
**No. 05-19-01320-CR**

**XAVIOR DEVON COLLIER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-58981-X & F18-58982-X**

## ORDER

Before the Court is appellant's February 4, 2020 second motion to extend time to file appellant's brief in cause no. 05-19-01319-CR. Appellant has not filed a motion to extend his brief in cause no. 05-19-01320-CR which was due on February 4, 2020. We will construe appellant's motion as applying to both cases. We **GRANT** appellant's motion and extend the time to file appellant's brief until **MARCH 6, 2020**. If appellant's brief is not filed by March 6, 2020, these appeals may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/      CORY L. CARLYLE
JUSTICE